IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **JOHNNY J. HODNETT,** | : | |
| Petitioner, | : | |
| V. | : | NO. 4:23-cv-00082-CDL-MSH |
| **WARDEN TAMARSHE SMITH,** | : | |
| Respondent. | : | |

## ORDER OF DISMISSAL

Petitioner Johnny J. Hodnett, a prisoner in Macon State Prison in Oglethorpe, Georgia, filed a handwritten document, which was docketed in this Court as a 28 U.S.C. § 2254 petition for a writ of habeas corpus. Pet. For Writ of Habeas Corpus, ECF No. 1. Because this filing was not on the required § 2254 form, Petitioner was ordered to file a recast petition on the proper form if he wanted to proceed with this action. Order, ECF No. 3. Additionally, Petitioner was ordered to either pay the Court's $5.00 filing fee for a habeas petition or file a proper and complete motion for leave to proceed *in forma pauperis*. *Id.* Petitioner was given fourteen days to take these actions and was cautioned that his failure to do so could result in the dismissal of this petition. *Id.*

More than fourteen days passed following entry of that order, during which Petitioner did not file a recast petition, pay the filing fee, move for leave to proceed *in forma pauperis*, or otherwise respond to the Court's order. As a result, Petitioner was ordered to show cause why this case should not be dismissed for failure to comply with the previous order. Order to Show Cause, ECF No. 4. Petitioner was given fourteen days to

respond and was cautioned that his failure to do so would likely result in the dismissal of this action.  *Id.*

More than fourteen days have now passed since the order to show cause was entered, and Petitioner has not responded to that order.  Thus, because Petitioner has failed to respond to the Court's orders or otherwise prosecute this case, his petition is now **DISMISSED WITHOUT PREJUDICE**.  See Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 8th day of August, 2023.

S/Clay D. Land  
CLAY D. LAND  
U.S. DISTRICT COURT JUDGE  
MIDDLE DISTRICT OF GEORGIA
